UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

UNITED STATES OF AMERICA,

      Petitioner,

v.                                               Case No. 2:06-MC-02

RICK J. HERIC, PRESIDENT OF               HON. GORDON J. QUIST
HERIC, INC.,

      Respondent.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

        The Court has reviewed the Report and Recommendation issued by United States Magistrate Judge Timothy P. Greeley in this action.  The magistrate judge found that Petitioner established a prima facie case supporting the enforcement of the Internal Revenue Service summons.  The Report and Recommendation was duly served on the parties on March 30, 2007.  No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C).  Therefore,

        **IT IS HEREBY ORDERED** that the Report and Recommendation dated March 30, 2007 (docket no. 13) is **ADOPTED AS THE OPINION OF THE COURT**.

        **IT IS FURTHER ORDERED** that the Petition To Enforce Internal Revenue Service Summons (docket no. 1) is **GRANTED**.

        **IT IS FURTHER ORDERED** that Respondent shall comply with the summons by appearing at 1055 West Baraga Avenue, Marquette, Michigan, 49855, on September 17, 2007, at 1:00 p.m., with all documents and records for the applicable periods identified in the summons or in any attachments thereto.

Dated:  August 22, 2007                                  /s/ Gordon J. Quist
                                                                    GORDON J. QUIST
                                                              UNITED STATES DISTRICT JUDGE